IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OREXO AB and OREXO US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS ELIZABETH LLC, ACTAVIS PHARMA, INC., TEVA PHARMACEUTICALS, USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD., <br><br> Defendants. | Civil Action No. 17-205-CFC |

## **ORDER**

At Wilmington this Ninth day of November in 2018:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that:

1. Defendants' Objections to the Amended Report and Recommendation of Special Master to the Court Regarding Defendants' Motion to Strike and Dismiss (D.I. 113) are **OVERRULED.**

2. Plaintiffs' Motion to Adopt the Amended Report and Recommendation Regarding Defendants' Motion to Strike and Dismiss (D.I. 115) is **GRANTED.**

3. The Amended Recommendation and Report of Special Master to the Court Regarding Defendants' Motion to Strike and Dismiss (D.I. 108) dated June 19, 2018, is **ADOPTED.**

_____
CONNOLLY, UNITED STATES DISTRICT JUDGE