# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OREXO AB and OREXO US, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | C.A. No. 17-205-CFC |
| ) | |
| ACTAVIS ELIZABETH LLC, ACTAVIS ) | |
| PHARMA, INC., TEVA PHARMACEUTICALS ) | |
| USA, INC., and TEVA PHARMACEUTICAL ) | |
| INDUSTRIES, LTD., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO EXCLUDE THE EXPERT TESTIMONY OF DRS. VELLTURO, FLEISCHER, MATHIOWITZ, AND DAVIES

Pursuant to Federal Rule of Evidence 702, Defendants respectfully request the exclusion of the expert testimony of Drs. Vellturo, Fleischer, Mathiowitz, and Davies for the reasons set forth in Defendants' Opening Brief in Support of their Motion to Exclude the Expert Testimony of Drs. Vellturo, Fleischer, Mathiowitz, and Davies, submitted contemporaneously herewith.

Respectfully submitted,

Dated: December 28, 2018

PHILLIPS, GOLDMAN, MCLAUGHLIN, & HALL, P.A.

*Of Counsel:*

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street
Wilmington, DE 19806-4204
Tel: (302) 655-4200

George C. Lombardi
Michael K. Nutter
Ivan M. Poullaos
Brian J. Nisbet
WINSTON & STRAWN LLP

35 West Wacker Drive
Chicago, Illinois 60601
Tel: (312) 558-5600
Fax: (312) 558-5700

Fax: (302) 655-4210
jcp@pgmhlaw.com
dab@pgmhlaw.com

*Attorneys for Defendants*