# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OREXO AB and OREXO US, INC., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 17-205-CFC |
| | ) |
| ACTAVIS ELIZABETH LLC, ACTAVIS PHARMA, INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD., | ) ) ) ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Whereas, Defendants filed a Motion to Exclude the Expert Testimony of Drs. Vellturo, Fleischer, Mathiowitz, and Davies under Fed. R. of Evid. 702.

The Court, based on all of the pleadings, files, and proceedings, and being fully advised in the matter, Orders the following:

1. Defendants' Motion to Exclude the Expert Testimony of Dr. Vellturo under Fed. R. Evid. 702 is GRANTED. Dr. Vellturo's expert opinions on damages are excluded. To the extent the testimony of Plaintiffs' other experts relies on Dr. Vellturo's opinions on damages, that testimony is excluded.

2. Defendants' Motion to Exclude the Expert Testimony of Dr. Fleischer under Fed. R. Evid. 702 is GRANTED. Dr. Fleischer's expert opinions are excluded.

To the extent the testimony of Plaintiffs' other experts relies on Dr. Fleischer's opinions, that testimony is excluded.

3. Defendants' Motion to Exclude the Expert Testimony of Dr. Mathiowitz under Fed. R. Evid. 702 is GRANTED. Dr. Mathiowitz's expert opinions regarding her testing on the issue of infringement are excluded. To the extent the testimony of Plaintiffs' other experts relies on Dr. Mathiowitz' opinions regarding her testing on the issue of infringement, that testimony is excluded.

4. Defendants' Motion to Exclude the Expert Testimony of Dr. Davies under Fed. R. Evid. 702 is GRANTED. Dr. Davies' expert opinions regarding willfulness are excluded. To the extent the testimony of Plaintiffs' other experts relies on Dr. Davies' opinions regarding willfulness, that testimony is excluded.

IT IS SO ORDERED.

The Honorable Colm F. Connolly