# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OREXO AB and OREXO US, INC., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ACTAVIS ELIZABETH LLC, ACTAVIS )<br>PHARMA, INC., TEVA PHARMACEUTICALS )<br>USA, INC., and TEVA PHARMACEUTICAL )<br>INDUSTRIES, LTD., )<br>)<br>Defendants. ) | C.A. No. 17-205-CFC |

**LOCAL RULE 7.1.1 STATEMENT IN SUPPORT OF DEFENDANTS'
MOTION TO EXCLUDE THE EXPERT TESTIMONY OF
DRS. VELLTURO, FLEISCHER, MATHIOWITZ, AND DAVIES**

The undersigned attorneys for Defendants hereby state, pursuant to Local Rule 7.1.1, that Defendants' attorneys made a reasonable effort to reach agreement with opposing counsel on the matters set forth in the Motion to Exclude the Expert Testimony of Drs. Vellturo, Fleischer, Mathiowitz, and Davies and that such effort included oral communication that involved Delaware counsel for the parties, but counsel were unable to reach agreement.

Dated: December 28, 2018

*Of Counsel:*

George C. Lombardi
Michael K. Nutter
Ivan M. Poullaos

PHILLIPS, GOLDMAN, MCLAUGHLIN,
& HALL, P.A.

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
1200 North Broom Street

Brian J. Nisbet  
WINSTON & STRAWN LLP  
35 West Wacker Drive  
Chicago, Illinois 60601  
Tel: (312) 558-5600  
Fax: (312) 558-5700  

Wilmington, DE 19806-4204  
Tel: (302) 655-4200  
Fax: (302) 655-4210  
jcp@pgmhlaw.com  
dab@pgmhlaw.com  

*Attorneys for Defendants*