# EXHIBITS A-J
# REDACTED IN THEIR ENTIRETY