IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OREXO AB and OREXO US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS ELIZABETH LLC, ACTAVIS PHARMA, INC., TEVA PHARMACEUTICALS, USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES, LTD., <br><br> Defendants. | Civil Action No. 17-205-CFC |

## ORDER

At Wilmington this Twelfth day of March in 2019:

For the reasons set forth in the Memorandum Opinion issued this day,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Summary Judgment that Issue Preclusion Bars Defendants from Relitigating the Validity of the '996 Patent (D.I. 172) is **DENIED**.

**IT IS FURTHERED ORDERED** that Plaintiffs' Motion Pursuant to Fed. R. Civ. P. 12(b)(6) and 12(f) that the Court Dismiss and Strike Defendants' Allegations that the Claims of U.S. Patent No. 8,454,996 are Invalid (D.I. 53) is **DENIED AS MOOT**.

_____
CONNOLLY, UNITED STATES DISTRICT JUDGE

2